USA
Plaintiff

VS: CR03-05-01S
CR03-05-02S
CR03-05-03S

Shawn Montegio
Defendant

EXHIBIT RECEIPT

Government's Exhibit 10 (CD) (Bermudez)

Government's Exhibits 1 through 21 and 23 (Velasquez)

Government's Exhibits - 1 through 13; 14a, 14b, 14c, 14d, 14e,15a, 15b Montegio's Motion to Suppress Hearing

Government's Exhibits - 1 (CD), 2, 3, 4, 5, 6, 7 - Montegio's Sentencing Hearing

Kenneth P. Madden
Attorney

Deputy clerk