USA
Plaintiff

VS: CR03-05-01S

Shawn Montegio
Defendant

## EXHIBIT RECEIPT

Defendant's exhibit I (full exhibit) - All other exhibits not marked or admitted into evidence.

Attorney

Wendy Geile

Deputy clerk