**Sworn Statement of**
**Shawn Montegio**

**re: Counsel's Failure to File Appeal**

1. Prior to May 10, 2005, did your counsel ever ask you if you wanted to appeal your sentence?
   X Yes
   ___ No

   If so, what was your response and when did you make that response?
   On the day I was sentenced, my attorney had arranged to have me placed in the attorney-client conference room. He asked me if I was alright, and what my intentions were. I told him to file my appeal because I believed, as well as he believed, that the judge erred in his sentencing determinations.

2. At any time before May 10, 2005, did you tell your counsel that you wanted him/her to appeal your conviction?
   X Yes
   ___ No

3. When did you first learn that no appeal had been filed on your behalf?

   When I had my wife call Mr. Bevilacqua to learn if he had filed my appeal.

4. How did you learn that no appeal had been filed on your behalf?

   Through phone calls with my wife who had called Mr. Bevilacqua at my request. Mr. Bevilacqua told my wife he did not file my appeal.

I hereby swear under oath and on pain and penalty of perjury that the above statements are true and complete.

Shawn Montegio 6/19/07
Name: Shawn Montegio
Date: June 19, 2007

forms\affidavit re counsel failure to file appeal